George Lynn WOODRUFF, Appellant, v.
Eleanor Linthicum WOODRUFF,
Appellee.

No. 9957.

United States Court of Appeals
District of Columbia Circuit.

Argued June 8, 1949.

Decided June 17, 1949.

Mr. Alton S. Bradford, Washington, D. C., with whom Mr. A. Slater Clarke, Washington, D. C., was on the brief, for appellant.

No brief for appellee. Mr. Jean M. Boardman, Washington, D. C., entered an appearance for appellee.

Before EDGERTON, C L A R K, and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the Municipal Court of Appeals for the District of Columbia is therefore affirmed. Woodruff v. Woodruff, 60 A.2d 538.

Rose Yeager BASSECHES, Appellant, v.
PERPETUAL BUILDING ASSOCIA-
TION, Appellee.

No. 9974.

United States Court of Appeals
District of Columbia Circuit.

Argued May 16, 1949.

Decided July 5, 1949.

Mr. Herman Miller, Washington, D. C., for appellant.

Mr. Harry L. Ryan, Jr., Washington, D. C., with whom Mr. Roger J. Whiteford, Washington, D. C., was on the brief, for appellee.

Before EDGERTON and PROCTOR, Circuit Judges, and H. CHURCH FORD, District Judge sitting by designation.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is therefore affirmed.